IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

O'DELL HALL, JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

       Petitioner,

v.

CASE NO. 1D15-4768

FLORIDA DEPARTMENT OF
CORRECTIONS AND JPAY,

       Respondent.

_____/

Opinion filed June 14, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

O'Dell Hall, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., WOLF and RAY, JJ., CONCUR.